CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
zachary.abrahamson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUDHEESH RAGHAVAN NAMBIAR,<br><br>Defendant. | NO. 5:26-cr-00405-NW<br><br>STIPULATION AND ~~[ PROPOSED ]~~ ORDER TO EXCLUDE TIME FROM NOVEMBER 17, 2026, TO DECEMBER 7, 2026 |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant SUDHEESH RAGHAVAN NAMBIAR that time be excluded under the Speedy Trial Act from November 17, 2026, through December 7, 2026.

On November 13, 2026, the Court continued to 1:30 p.m. on December 7, 2026 a status conference in this matter originally set for November 16, 2026. The Court's Order doing so directed the parties to confer regarding time exclusion in the interim. Over the past few months, the government has produced discovery and the parties have engaged in resolution discussions. To review discovery produced and facilitate the preparation of counsel in advance of the status conference, the parties stipulate that time be excluded under the Speedy Trial Act from November 17, 2026, through December

7, 2026. The parties further stipulate and agree that the ends of justice served by excluding the time from November 17, 2026, through December 7, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 18, 2026

/s/
ZACHARY G.F. ABRAHAMSON
PATRICK K. O'BRIEN
Assistant United States Attorneys

DATED: November 18, 2026

/s/
GUYTON JINKERSON
Counsel for Defendant SUDHEESH RAGHAVAN NAMBIAR

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 17, 2026, through December 7, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 17, 2026, to December 7, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 17, 2026, through December 7, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 25, 2026

HON. NOEL WISE
United States District Judge